No. 1008. COLORADO NATIONAL BANK ET AL. v. COMMISSIONER OF INTERNAL REVENUE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals

for the Tenth Circuit granted. *Messrs. Morrison Shafroth, W. W. Grant,* and *Henry W. Toll* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Carlton Fox* and *S. Dee Hanson* for respondent.